**Appeal Dismissed and Memorandum Opinion filed June 21, 2022**



In The

# Fourteenth Court of Appeals

### NO. 14-22-00163-CR

## EX PARTE WILLIE JANE POLDO

**On Appeal from the 506th District Court**
**Grimes County, Texas**
**Trial Court Cause No. 35627**

## MEMORANDUM OPINION

This appeal arises from the trial court's order signed March 25, 2022, setting bond at $200,000. On April 20, 2022, appellant's brief was filed, challenging that order. A supplemental clerk's record filed May 11, 2022, reflected the trial court subsequently granted relief and reduced appellant's bond from $200,000 to $10,000.

On May 18, 2022, the parties were notified the record reflected the appeal was moot and subject to dismissal for lack of jurisdiction unless a party demonstrated that the court has jurisdiction. The State's brief was filed June 9,

2022, and contends the appeal is moot. Appellant filed no response.

Because the order being appeal is moot, we dismiss the appeal for lack of jurisdiction.

PER CURIAM

Panel consists of Justices Bourliot, Hassan and Wilson.

Do Not Publish — Tex. R. App. P. 47.2(b).